Eugene P. Martin, Appellant, v. George Ringler and Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Louise M. Schonfeld, Respondent, v. McMullen, Snare & Triest, Inc., Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William M. Graeber, Appellant, v. Frank G. Swartwout and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

David Levow, as Administrator, etc., Respondent, v. The City of New York, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Cornelius J. Mullins, Appellant, v. David Stevenson Brewing Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Times Square Improvement Company, Inc., Respondent, v. Van Beuren and New York Bill Posting Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Boris Kuloschik, Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

. Susie E. Piser, Appellant, v. Ferdinand Hecht and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Celie G. Turner, Respondent, v. The Crystal Film Company, Appellant. —Judgment and order reversed, with costs, and complaint dismissed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Edward J. Dillon, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Scott and Dowling, JJ., dissented.

Herman Hanauer, Respondent, v. James N. Norris and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Isaac Pollock, Respondent, v. Charles J. Stumpf, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Charles B. Hall, Appellant, v. Clark Williams, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.